Approved.

IT IS SO ORDERED.

 s/ James R. Knepp II
UNITES STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Virginia Druschel and Robert Druschel, *on behalf of themselves and others similarly situated*, | ) ) ) | Case No: 3:20-cv-01086-JJH |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Revenue Management Group, Inc. d/b/a KeyBridge Medical Revenue Care, | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Virginia Druschel and Robert

Druschel hereby dismiss with prejudice all of their claims against Defendant Revenue

Management Group, Inc. d/b/a KeyBridge Medical Revenue Care in the above-styled action. The

parties shall bear their own attorneys' fees and costs.

Dated: December 28, 2020

Respectfully submitted,

*/s/ Alexander D. Kruzyk*
Alexander D. Kruzyk (*pro hac vice*)
Greenwald Davidson Radbil PLLC
401 Congress Avenue, Suite 1540
Austin, Texas 78701
Phone: (512) 803-1578
akruzyk@gdrlawfirm.com

Ronald S. Weiss, Attorney &
Counselor
6725 West Central, M310
Toledo, OH 43617
Phone: 248-737-8000

*Attorneys for Plaintiffs and the
proposed classes*

1

*/s/ Boyd W. Gentry*
Boyd W. Gentry
Law Office of Boyd W. Gentry, LLC
4031 Colonel Glenn Highway, First
Floor
Dayton, OH 45431
bgentry@boydgentrylaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on December 28, 2020, the foregoing document was filed with the Court using

CM/ECF, which will send notification of such to all counsel of record.

*/s/ Alexander D. Kruzyk*
Alexander D. Kruzyk